2:22-cv-6148 Sec P

United States District Court

Western District of Louisiana

p. 1

Emile Hawkins

VS.

Jefferson Davis Parish

Staff Member, Medical Staff

Case Number:

John Doe Doucet Bouhon

Warden ~~Hallway,~~ Cassell Landry.

Superintend ~~BAYE NEW.L~~

Cassell BROSShed,

GARY, O'NEAL.        1983 Form Tort Claim

The Court has Jurisdiction under 28 U.S.C. Section 1331, 1343, 1367, 2201 and 2202 (LAC 22:1.349 A&B) LA.R.S. 11.77. the deprivation under Color of state law/relief damages he entitle to by this Court Plaintiff have the to be free from Louisiana Loud Noise Reduction state law 0.85 Decm. Loud Noise Reduction Law to cause Eardrum to bust or go Deaf in Ear behind Loud Noise that in Ear in 6x9 cell, 11-7-22 Hawkins was in isolation cell J.D.P. Jailhouse 9:30pm To 10:30pm. Hawkins told the staff member He woke up by a Loud Noise Coming from cell #2 vent. I felt my EarDrum pop 2 min after I sat on my Bed, I felt like my ear was bleeding. my started hurting me. the noise had me with a headache. had my ears ring and ring in both my ear. my left ear is stop up. I can't hear out it, when I talk I hear my voice in my ear Echo in my head, I talk like I'm Deaf Now. I fill out sick call I was seen by LPN. MALE NURSE. BUT I Refuse to see ~~Him~~. Because He mess up Inmate WEST EARDrum Busted WEST ear sent him to LSU Hospital, from digging in Inmate WEST Ear Drum was Busted Because of him. Then He admitted To Doing that to Inmate ear talking He was Trying to Help Inmate west out he had something in his stuck. So I Denied To see him for my ear, and I Denied To see Him LPN Lady Nurse I Seen her 5 days after I see LPN male Nurse, I seen LPN Female Nurse she check my ear out, and Told me she was going to Order me some medication. LPN Female Nurse Due to Hawkins Denyed Him of medical Treatment. Fail To Treat Hawkins Equal as To other Inmate in Jail House, still Today 11-19-22, Hawkins have Not Receive No ear medication from medical staff. they refuse to send Hawkins To Hospital for His Ear Drum, Hawkins Have Been

Suffering Bad Head ache, Blood Pressure Been up, from
male Nurse Been refusing Hawkins sick call from
P2 from the 11-(14-19) 22 Hawkins been Putting in
sick-call Because He Been in pain, with his shoulder
His eyes, they fail to send Hawkins to the Hospital for
His Pain, Jefferson Davis parish Vent Blower Fan
Broke, It was right over Hawkins Head, at the
parish Jail cause of Body harm of his Ear Been stop
up Because of their they is at fault of Hawkins not
Hearing out of his ear, I wrote the warden on a
request form about this matter 11-(8-15) 22 Telling
him about the matter Staff member reply Back
the Fan Blower is fix now, like you can sleep
now, Because I told the warden I couldn't sleep
Because Loud Noise 0.85 Decm was right over my head
where I sleep at, In the cell, I had to hear the
Loud Noise 4 days in my Ear recieving No medical
Attention to my Ear or medigation for my Ear have
Not Been given, to me, yet I feel like my 14th and 8th
Amendments have Been Violated By Staff member
one Staff member Told me to Put Some Tried
Paper in my Ear I can't hear the Loud noise
Coming out the Vent Staff member work at
Night shift at parish Jail House 11-7-22.
They was very disrespectful to Hawkins and
started arguing, I thought this statement Hawkins
States to the court, Jefferson Davis parish Jail House
Have Camera all over that can Be review at term
the Camera to be review for Evidence of
Discovery of the Incident Happen the
parish I will order the parish Jail House Camera
on Each Day Hawkins try to get Help each time
He put in medical sick-call and was not seen
By Lpn nurse Camera will prove every thing
Medical staff and parish Staff member Did to

Hawkins between 11-7-22 to 11-19-22 why he was not given his medication treatment at the parish Jail House and why he never recieve medication Doctor gave to him for his pain of his ear. Jefferson Davis parish property cause Damge to Hawkins ear causing his ear to be stop up By Loud Noise 0.85 Decm. Hawkins fell like a Deaf person Hearing his voice in his head when he Talks Ears bell ring all day in his head. The Camera can be Review Hawkins never was given medication from LPN both Nurse or Doctor never care about Hawkins couldn't hear out of his ear. Hawkins should have went to the hospital like Inmate West Did for his Ear But they refuse Hawkins. Hawkins ask at sick-call to go to the Hospital for his ear. Because he can't hear out of his left ear. Causing him headache every Day. Refusing Hawkins of serious medication for No reason. The parish Violated Lousiana Loud Noise Reduction of Lousiana. Loud noise to the ear. 0.85 Decm refuse to give Hawkins some ear protection. for 4 days Hawkins had to hear Loud sounds in his ear. with No ear protection for his ear. Parish Jail House cause Hawkins to not ear in left ear. 11-19-22 Hawkins still recieve No medical Attention to his ear. cause by Jefferson Davis. Parish Jail House on 11-7-22 9:30 pm Hawkins was written up By Staff member trying to stop Loud noise coming out cell #2 Isolation Vent. Hawkins was told By Staff member to Put some Toilet paper in his ear and to sleep Toilet paper in your ear if you want heal it No more. Staff member walk away Laughing at Hawkins Problem at hand Or Doing the Same week Kitchen Staff member cross Contaminated Hawkins Breakfast Grits of food with a piece of hair was food in his food. Hawkins still in Cell #2 Isolation under Camera press the Button ask To speak to shift superdiver Theirfor what Hawkins Enform them He found a piece of Hair in his grits. staff member Told Hawkins to show it to staff member working that After

I call them to my cell N° 2 showed them the piece of hair to them. Staff member reply you not getting anything to eat again so you can sit down and started laughing about the Hair. I ask for a sick-call form staff member gave me one. I put the sick call in 8:00-9:00 AM was food in my guts. I was Eating from the kitchen. I still have the piece of hair waiting to take D.N.A test on the Hair to see who the Hair belong to who here at the Jail House. They claim I put the Hair in my guts for some more food 11-10-22. Staff member told me to Do a Request Form on the kitchen staff member. I Did it and I sent it to the warden. I guess the warden thought I was lying about the matter. Did answer my Request Form yet or Did a Investigation on the matter at hand. I told the Nurse I was sick from the Hair Being in my food. I started shitting Bose my stomach couldn't hold nothing on my stomach for 4 Days in a row. Like some one put some-thing in my food here at this Jail House. You Nurse suppose to see me on the matter. I Did a sick-call on the matter cross contaminated food. out of the kitchen. No medication was given to me. This injuries was cause by kitchen staff member. You Nurse said I'm going to order you some ear and stomach medication for you ok that was on 11-11-22 Today 11-19-22 I still haven't recieve medication for my Ear or stomach crumping Female Nurse lie to Hawkins. Hawkins been Treated unfair in the parish Jail House since 9-21-22 11-19-22. parish Jail House have camera all over the House to prove Hawkins statement of facts caus by parish Jail House and staff member. Hawkins need to suppress the Evidence of Parish Jail House Camera parish of Jennings LA Violated and Hawkins treated unequal in Jail. unfair as to other Inmate in Jail. I Refuse to give Hawkins his medication Order By Doctor. I Refuse To see Hawkins for Sick-Call 11-7-22 to 11-23-22

p. 5

Today is 11-22-22 I have not been paid from my lose property yet by Parish Jail. In my cell #2 Delta phone Card, Soap, Coffee, Candy, Ink pen, Peanut-Butter and Jelly, Stamp Envelopes, all item whose in my cell on the Day 9-21-22 11:30am. Before they Put me in Isolation I call city tell Coin they Inform me, my phone Card was used between the day of 9-21-22 after 12:30pm 10-1-22. Staff member let Inmate still my property or they gave my items to Inmate, the Lady city tele Coin, said I had $5.50 left on my Card 10:30a.m. 10:30 when I got lock-up on Isolation for no reason, while I was on Isolation. They brought me a write-up. They Imposed a sentence. With out a 72 Hours Hearing, and with a disciplinary Board of a fair Hearing, Violating Hawkins Due Process/right. Staff member Didn't hold a disciplinary Board on Hawkins, they Imposed a sentence and took Hawkins Phone, Visitation, Commissary, 24 lock-up in Cell, and TV. From Hawkins with a disciplinary Board. I was threaten By Staff Member for fighting for my Rights, Delta Dorm officer Plus toward me telling me He Don't want to hear nothing No more about my property, they Loss of mind. If they Do, I will see what will Happen 10-1-22 to 10-16-22, another member stayed the same thing to he tired of Hearing they Lose my property. Inmate Inform officers Let Inmate still my property Because they Did Not come right away. Officer Didn't care about Hawkins property and let my property out the Dorm of Delta. I was in Delta Dorm. I was told I Better Not Do a Request form Talking about my property, they was going to write me up. Here Today 11-23-22 my property have Not been paid Back to me. They Inform me it at Warden Level. They staff member can be Easy seen They Liable for my property when they Lock me up 9-21-22

Hawkins should have not Been Threaten by Staff member about his right of his property no Staff member should Be threaten Hawkins about his Rights in prison. Retaliation has Done toward Hawkins Stay in Parish Jail. Hawkins been threaten by staff member different times about his Rights also have gear Hawkins arms in a disrespectfully way Breach their Duty, about my Isolation time I Did 72 Hours over my punishment of Jail House Impose sentence They held on me without a fair Hearing. I Did not come off of Isolation 10-8-22 I Did 3 day Extra on Isolation for M reason. No phone, no Commissary no Visitation. They still held me on Isolation for no reason. They punish me with out a fair Hearing of Due process Rights. Impose a sentence on Inmates Violates their Rights to a fair Hearing. They have a right to face their accuser when Being Punish By disciplinary write-up. That Imposed a sentence of punishment. Due process Right pain and suffering when you impose a Sentence on Inmate with out a fair Hearing. They Have a Kiosk machine can be review about Hawkins Being Threaten about his property Rights. Staff member Do all kind of Retaliation to Hawkins Even Medical Staff has been Retaliation against Hawkins because He file on Medical fail to treat him Equal, and Refuse to give him medical attention give him his Medication Doctor order for him to take for his shoulder medical staff refuse to give Hawkins his medication and Refuse to see Hawkins at sick-call 7am 11-7-22 To. 11-23-22 No Medical Attention given To Hawkins Behind S.D.P.S.O. Fault of INJURIES.

# STATEMENT OF FACT

To: Att Gen. Jeff Landry
LA Dept of Justice Retaliation on G's lis and 1996 from

From: Gary Hawkins #29010
Jefferson Davis Parish Jail House
P.O. Box 1270
Jennings, LA 70546

Last time Been in trouble
Dear Mr. Landry

Hawkins took back lock-up in Jennings for no reason. Been out of trouble with the law for years last time I lock in trouble in 1996. I Obey the Rules of the law. Been free out of prison with no trouble. I Move away from Jennings 5-10-2000. I have a Job History of good work. Did a lot of Jobs for the state of Louisiana. I move to Calif. 2018. I had to come back because my mother sick dying on me. My mom Pass away April Last Year. I was still for her in Jennings trying to get my mom House cordon seed. I work for my money in life. Ok on the 9-16-22. I came from Lafayette, LA moving with a friend in apartment on merda Ave, Lafayette, LA. I can to get some Item a friend had for me in A Storage House. I waiting at 712 Lacy St. Jennings, LA 70546 outside for my friend Mr. Charlie Daniel to get up from sleeping. The reason I was outside his House was Lock. As I was waiting for Mr. Daniel to get up truck and SUV pull up to his Jump out their SUV and Truck saying Jennings Sheriff office Task Force open door Mr. Gary Hill we have a warrant for your Arrest. I was outside Task Force to Mr Daniel front door. Yelling Mr Gary Hill they had 3 warrants for him. I heard Door Knock door kick in saying Sheriff officer Task Force Gary Hill you under Arrest we warrants

HAIR From D/W Food Jennings Jail house
Food Bags 11-16-22

for when there open your Room Door, I was outside on the side of the House watching the Sheriff run in Mr Daniel House looking for Mr Hill, when Task force walk around the side part of the House in chere I was sitting on Mr Daniel to wake. I was sitting Down I got up when I seen Task force came around the House they yella got your hands up Get on the Fuck ground now. I told them I could move fast I was Ran over By suv I had my hands in the air, Task force walk behind me throw me on the ground for no Reason, and told me to keep quite, I ask Task force why you throwing me on the ground, They ask me my name I told them Emile Hawkins be ran my name in to see if I was warrant, I was not warrants for nothing, they pick me up off the ground, after they search my pocket for Drugs or weapons on my body also where I was sitting outside at in the chair, They ask who was in the House I told them I just came here about them waiting for Mr Daniel to get up, you know where Mr Hill at right now, I said No, I Don't know where he at right, I Just came Down here in Jenning I was taking to Jail for Drugs found in Gary Hill room, they Mr Daniel where was, Mr Gary Hill at right now, He told them I Don't know, He was sleeping in his room all night, officer ask who room is right there Gary Hill, after Task force said We going Jail for Drugs they found in Gary Hill room that was lock, nobody can get in his Room code lock on his Door, I Been in Jail ever since 9-16-21 behind Drugs found inside Mr Daniel Home, drugs outside of Home Body Camera of Task force can prove where I was at and Drug or weapon was on me, I was taken to Jail for No Reason, No warrant was on me, and Drugs was not found on me, I was outside of Home. House I was lock I been in Jail for No Reason with No bond, 31st J.D.C. Judge Burnell Have a retaliation against me, He was my Lawyer 1990-1996, He told the court He cause a conflict of interest in my case, He got off my case in 1996 saying He conflict and me I didn't Had problem with each other my wife push him away Judge Burnell got off my case 1996 as the conflict to me Now He Holding me in Jenning Jail without Bond I was not found with Drugs Relation on me in Jenning, they Don't have no lock on me.

## Order Relief prays For 1983 Form

It hereby Ordered that the foregoing 1983 form be granted ___ Day of ___ 20 ___

It is further Ordered that the Sheriff office of Jefferson Davis Parish Jail House staff member ~~Bell~~ serve a copy of this 1983 form. Said Defendants to be serve copies Oneal, Carswell, Doucett, Bareneiu, Brossard, Joushua Warden Caswell, Houlway, Troy Woods, Dufen, Gary Medical staff LPN male and female, John Doe

It is Further Ordered a Hearing be held within the Western District Court on the Defendants Names Herein this Order show why money Damage should Not Be granted to plaintiff for his rights Being Violated between 11-16-22 to 11-23-22 plaintiff stays in this Said and Done on this ___ Day of ___ 20

✗ _____ Judge          ✗ _____ Clerk of Court

## Order

plaintiff Relief prays For:

Upon the plaintiff prays that after all the facts are Considered herein that the Courts grants $500,000 Dollars for False Imprisonment, $100,000 Dollars for Due process rights Violation

It is hereby Ordered that the foregoing Western District Court grant on this Day of ___ 20 ___ why plaintiff relief shall not Be held with the sheriff officers staff member show cause why plaintiff rights being violated between 9-16-22 to 11-23-22. Due process rights, failure of Medical Attention, False Imprisonment, Emotion Distress, Excessive force, Pain and suffering, Cruel and unusial punishment 72 hours Hearing Violation $100,000 Dollars medical Denied of medical Attention $300,000 Dollars 0.85 Decm Days of Pay $100,000 Dollars Due process rights 1st 14th and 8th 5th and 6th

Respectfully submitted By Emile Martin