U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

PRO-Se    Western District of Louisiana

Emile Hawkins   Clerk of Court

VS.                                    11-23-22

DEC - 2 2022

TONY R. MOORE, CLERK
BY: _____ DEPUTY

Jefferson Davis Parish

Jail House

Sheriff Office, Staff Member

Medical Staff Member

John Doe

Docket   I NEED NO IN FORMA POPPERIS
Clerk of Court

Attached Enclosed 1983 Form

TO: To Whom it May Concern

My I Plead this Court, I Hawkins Have Been Falsely Arrested in Jefferson Davis Parish Jail House 9-16-22, By Jefferson Davis parish sheriff office Task force, upon my stay in Jail House my Right has Been Violated By Staff Member, Denial of Medical Attention, Loss of Left Ear, Re-Injury 3 Ribs and Shoulder, Property Loss, Food poison, and Due process right Violations, at this Parish Jail House, I Hawkins states to this Western District Court, I'm Enclosed have a 1983 form That need to Be file in your Court, I Draw the 1983 form myself Pro Se, I like of NO Attorney at the time. Also I ask the Court to Proceed in a "Forma pauperis" Because I'm Indigent in the state of Louisiana. I'm without any money, I Have Knowledge of the Law, How to file certain thing in the Court, I Done 15 year in prison But as the Court Appoints me and Attorney to represent me on this 1983 forma would Thanks of the Court, But If they Don't Have No Attorney Argue my case for me, I proceed Pro-Se in the Court. Thanks for Your time and Attention to this matter.

Submitted By Emile