U.S. D.C.
Western District Court

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC - 7 2022

TONY R. MOORE, CLERK
BY _____
DEPUTY

Emile Hawkins                    12-5-22
V.S.
Jefferson Davis Parish                    Docket:

                                        Clerk of Court
              Your Help is Wanted to this Matter
                   Attack To 1983 form
Dear, Clerk of Court
      I Hawkins mail to your court 1983 form
11-22-22. Please Attach Enclosed papers to the
PRO-Se, 1983 form. Also Clerk of Court, Please
forward me Copies of The 1983 form I file
into your W.D.C. This Jail House Refuse
to give me copies of my court paper. I file out
Request form for copies. They Inform me I
Have No right to copies Legal Mail at their
Jail House, Medical staff stay I Have No right
to go to the Hospital. Behind parish
Jail House Fan Blower Busting my Ear
Drum. 11-7-22. I put in Jail House Hearing
out one ear, left Ear can't Hear out of
O.85 Deefm Louisiana State Law. I Had
Hear Loud Noise in my Ear 4 day 11-7-22 To
11-11-22 My Ear Drum pop, I Can't Hear out of
it any 12-5-22. They Refuse me of Medical
Attention, Behind their Parish Jail House
fault. Fan Blower Bustie in my Ear while
I was sleeping, Medical staff Refuse

Me of Medical Attention. Telling me have no Rights in Jail. this is Jefferson Parish Jail Inmate have No Rights. Lpn Male Nurse Refuse Inmate of Serious Medical Need. They Refuse you Religious Diety Tray Tell you have No rights, No food you eat in Jail House, Then play Home-Sexual Joke games with you, Because you Lock-up. I'm in-need of Serious Medical needs. 12-5-22. I have Eyes problem. To where I'm going Blind In my left eye, in about a few more years. Tell me I have No right to see Eye Doctor here at this Jail House, I stay with Headache and my eyes stay Watery. Refuse me to see Eye Docla. I put sick calls in sick-call since 10-10-22 Refuse me, never went to Eye Doctor a Says I Have No rights in Jail Nurse. I recieve No Medication for my pain in my Shoulder. They Cause to my Body

Submitted
Emile Hamler