P1

TO: WARDEN CASWELL
12-1-22

SEE ATTACHE PAPER
LOOK AT CAMERA
SERIOUS MATTER AT HAND
TO ME

**JEFFERSON DAVIS PARISH JAIL**

**INMATE REQUEST FORM V6/13**

NAME: Emile HAWKINS    LOCATION: Fox #4

DISRESPECTFULL TO ME
MEDICAL STAFF ME MOER
VIOLATING my RIGHTS TO my
MEDICAL RIGHTS IN JAIL
Home SEXUAL misconduct ACT

Tell us:

- What you are requesting
- Why you are requesting it
- Use the other side of the paper if you need more space.

1. LPN male NURSE Told HAWKINS He HAVE NO RIGHTS IN JAIL THAT HE NOT IN PRISON. He Refuse to give HAWKINS His MEDICATION And DON'T See HAWKINS ON HIS SICK-CALL DENIED ot MEDICAL ATTENTION IN JAIL 11-19-22 To 11-23-22 He Refuse HAWKINS OF HIS MEDICAL PROBLEM, Then He SAID A Lil Joke To About

**DO NOT WRITE BELOW THIS LINE!** I'm NOT IN PRISON THIS IS A JAIL House WHERE INMATE HAVE NO RIGHTS

Received by Deputy: _____

Date Received: _____

Response: _____

_____

_____

_____

_____

Response By: _____

Date: _____

The Homesexual Joke. What The difference between a Home SEXUAL and a Refrigerator? I Told Him To Do not play with me I 51 years old. I did 15 years in prison Save The JOKES, A Refrigerator Don't fort back when you pull meat out of it. Belpn male nurse love Telling Jokes or being funny Doing your Pill-call. Always Have something stupied To say to me THAT Sound "Guy" like you not in PRISON anymore you in Jail NO RIGHTS OVER HERE in Jail, As To say To me prison you be a Punk. over you Be a man in Jail, PRISON you a Punk The HomeSEXUAL and Refrigerator Joke, He said I HAVE NO RIGHTS I'm Guy in Jail, OR PRISON YOU CAN be a MAN OR PUNK in prison.

Plus I feel He Have Been RETALIATION Against me for Sign a Refuse on Him for NOT LETTing Him See my EAR I Told Him AT Sick-CALL He was NOT Touching my EAR because HE BUSTED up a INMATE WEST EAR Drum up SENT Him To LSU Hosiptal behind His EAR, 11-8-22. I was seen by LPN male Nurse for my EAR Drum THAT Busted I ask To go To THE Hosiptal I was Told NO, I HAVE No Rights. He stay Telling me CRAZy stuff out His month How He know I Been To PRISON I Been OUT of PRISON 16 years where He know me from, I HAVE NOT BEEN TO Jail SO where THE prison JOKE come in AT, I Told Him I Been voteing in THE world whAT prison HAVE To Do with me, I vote Like Him, I HAVE NOT Be in Trouble Since 1996. SO where THIS Lpn Nurse man know me from To play Jokes At me in Jail, HomeSEXUAL JOKE James

Louisiana since 1996 He was not working Here at Jefferson Davis Parish Jail House Them Homosexual games or Jokes he plays with Hawkins. Will Have to End real soon. We have a Joke We have to say to Hawkins Every time We see Hawkins. Thank God for Camera in Jail They can always be Review for Proff of Enfidence, you can't hide from a Camera plus it will pick up your voice at the same time. Every time I seen Loud Noise, I will Order Camera into Court for Proff on my serious matter of him Denied me of medical Attention telling me I have No Rights. I can't go see Eye Dorter or go to the Hospital for medical Treatment for my shoulder that out of places, thats hurt me all Day. I'm Tired of filling out sick call forms. They Been charging me for the same medication since I been Here 9-21-22. I Have to keep putting the same sick-call in every 2 weeks this Been going for 3 month money being taken from me for the same problem, I Been having since I Been in Jail. Why they keep charging me for the same matter over and over it

10-2-22 Sick-Call still charging mee for the same sick-call

It is Because I Black think I'm Dum in life. I Can't tell what they say out of their mouth if Homosexual game misconduct Racial Act talk Dum to me. I will file charges on I pu for the Sexual Remark toward me Camera Evidence

Refuse me of A Food Diet 12-2-22 Day I told me Can't Eat Cold Belony

Retaliation claim and sexual misconduct act Being committed in Jail House, with Inmate rights being violated, 8th and 14th Rights Malpractice in Jail to treat Inmate Equal, cruel and Emotion distress to Hawkins by medical staff. A serious matter of Religious rights being violated, No fair medical Attention for Hawkins in Jail, Hawkins been suffering with pain in his shoulder and Back Back headache, Refuse of Eyedoctor. Eyes stay watery strain eyes all day, LPN male nurse tell Hawkins He can't see Eyedoctor, They Don't pay for that over Here at this Jail, Hawkins fills out over 4 sick-calls complain about his Eyes or bad, His left eye, He fixin to go Blind in his Eyes LPN male Nurse Wants to crack Jokes at Hawkins everytime Hawkins fills out a sick-call LPN male Nurse told Hawkins He not hear to make Hawkins feel good. while He in Jail, 11-21-22) 22 In other words LPN was Telling Hawkins He hired By parish To make Hawkins feel Bad. at long as here in Jail, LPN male Nurse have a serious problem Dealing with Inmate, That Black over Here as if He Being Racial toward Inmate Black Telling Jokes To Inmate Thinking Black Inmate can't read Between the line of his homesexual Jokes or Racial Jokes Are me saying out of this To Inmate No one Thing LPN nurse Don't No me, I never Be in Jail for Him To Know me in Jennings, LA To Tell me About prison, I Have not been in Jennings

BACk side Today 12-2-22, WENT To Sick-CALL DENIED me of A Food DAET STAYED ANOTHER JoKe AT ME I CAN'T Cold Belony AIDS RETFLEX me.

P⁵  Lpn male Nurse Refuse to give Hawkins his medication also fail to see Hawkins for sick call. Hawkins have a serious matter at hand at this Jail House Dealing with your medical staff Lpn male Nurse. On 11-14-22 Lpn male Nurse told Hawkins this was a Jail House and not prison. Male Nurse told Hawkins He had No rights in Jail. Isolation cell #2 11-14-22, Hawkins was waken up By Staff Member for Medication, Staff Member open cell #2 Door so Hawkins can recieved his Medication. Lpn walk to Hawkins cell told him, he had No rights in Jail To see and Eye doctor, and walk away from cell #2 Isolation. Lpn male Nurse Refuse to give Hawkins Medication He was Taken for his pain, given to Him By, the Doctor. Lpn male refuse to give Hawkins his Medication 11-14-22 8:00 - 10:00 A.m. Camera can Be Review for proof of Medical staff Denied given Hawkins his pain medication. Lpn then Violated some serious medical rights of Hawkins. 8th And 14th Amendment right was clearly Violated on Camera By Lpn. By refusing to give Hawkins his Medication 11-(14-15) 22 Both Days. Hawkins states Lpn B. Rench his Duty Violated state Louisiana law, Acted in a Retaliation Against Hawkins from not wanting to see Him at sick-call. Hawkins sign a Refuse not to Lpn look at his ear, because He had busted up a Inmate name West Ear Drum sent him to the LSU Hospital. Hawkins sign a Refuse sheet stating the Reason why He refuse to see Lpn Nurse 11-15-22 Lpn Nurse Been refusing Hawkins of his medication 11-7-22 To 12-1-22 Keep fill out Sick call same Than2

P6 Body Same matter over and over charge in Hawkins has been filling out sick-call, me medical refuse to see Hawkin for 2 weeks. Jefferson Davis parish Jail House Blower Fan Blake in Hawkins ear. when this took place Hawkins was not given medication By parish Sheriff Staff member working 11-7:22. Staff member told Hawkins to put some Toilet paper in his ear He want hear the Loud noise Coming from the Blower Fan. His ear went hurt. 0.85 Decom Loud Noise State Louisiana day you will lose your hearing Hawkin was Denied medical Attention at a serious Matter at hand cause By parish Jail House, Blowder Fan cause, Injuries to Hawkins Ear. 3 weeks Pass Hawkins Byd Not Recieve medication for his ear, He fill out different sick-call at different day was not seen at sick-call and refuse to see Hawkins Be Blind Other medical matter at hand Jail House staff member Violated Hawkins right to a serious medical need cause By parish Jail House Today 12-1-22. Hawkins can not hear out of his left ear. I can I suffer pain real bad in see my eye Doctor They refuse me of that Telling me I have no rights in Jail Law. I Can't see good in my left eye you can Look at my eye Medical Staff have been Violating some right of Hawkins since His stay in Jail 1983 Form is wanted in this matter. you can't Denied a inmate of His medication He Have to Sign a refuse sheet stiff NOT