U. S. P. C.
Western District Court

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC - 7 2022

TONY R. MOORE, CLERK
BY _____
DEPUTY

Emile Hawkins                    12-5-22
    V.S.                              Docket:
Jefferson Davis Parish

                                    Clerk of Court
        Your Help is Wanted to this Matter
            Attack To 1983 form
Dear Clerk of Court
    I Hawkins mail to your court 1983 form
11-22-22. Please Attach Enclosed papers to the
PRO-Se, 1983 form, Also Clerk of Court, Please
forward me Copies of The 1983 form I file
into your W. D. C. This Jail House Refuse
to give me copies of my court paper. I file out
Request form for copies. They Inform me I
Have No rights to copies Legal Mail at their
Jail House, Medical staff stay I Have No right
to go to the Hospital, Behind, parish
Jail House Fan Blower Busting my Ear
Drum. 11-7-22. I put in Jail House Hearing
out one ear, Left Ear can't Hear out of
9.85 Deem Louisiana State Law. I Had
Hear Loud Noise in my Ear 4 day 11-7-22 To
11-11-22 my Ear Drum pop, I can't Hear out of
it as of 12-5-22. They Refuse me of Medical
Attention, Behind their Parish Jail House
fault, Fan Blower Bustie in my Ear while
I was sleeping, Medical staff Refuse