X-RAYED
CLEARED FOR DELIVERY

Emile Hawkins
Pox #4
P.O. Box 863
Jennings LA 70546

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC - 7 2022

TONY R. MOORE, CLERK
BY ___KW___
DEPUTY

22-cv-6148 Sec P

BATON ROUGE LA 707
15 DEC 2022 PM 1 L

Western District Court
U.S.D.C.
800 Lafayette ST, Suite 2100
Lafayette, LA 70501

7050186865 C044

JEFFERSON DAVIS
PARISH JAIL
INMATE MAIL
CONTENTS UNCENSORED