### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

**EMILE HAWKINS #290101**                      **CASE NO.  2:22-CV-06148 SEC P**

**VERSUS**                                     **JUDGE JAMES D. CAIN, JR.**

**PARISH OF JEFFERSON DAVIS**                  **MAGISTRATE JUDGE KAY**

### MEMORANDUM ORDER

Before the court is a complaint filed on December 2, 2022.  Upon review of the record, the Court finds that the plaintiff's suit is not in proper form for the following reasons:

Plaintiff has failed to submit either the $402.00 to file a complaint or a completed application to proceed *in forma pauperis*.  **Plaintiff must either send $402.00 or a completed *in forma pauperis* application <u>on approved forms</u> in order to proceed.**

Plaintiff has failed to submit the complaint on approved forms.  NOTE: PLEADINGS MUST BE ORIGINALS AND NOT COPIES OF PLEADINGS.  **Plaintiff must submit the complaint <u>on approved forms</u> that are legibly handwritten or typewritten.**

In accordance with the above,

**IT IS HEREBY ORDERED** that plaintiff, within thirty (30) days of the date of this order, amend the pleadings by submitting the information indicated above to the following address: **Clerk of Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083.**

**FAILURE TO AMEND THE PLEADINGS AS INDICATED ABOVE WILL RESULT IN THE PLEADINGS IN THE INSTANT COMPLAINT BEING STRICKEN FROM THE RECORD.**

THUS DONE AND SIGNED in Chambers this 15st day of December, 2022.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE

w/Enclosures to plaintiff: Civil Rights Complaint form & IFP application