U.S. District Court Western District of Louisiana

LAKE CHARLES

Emile Hawkins.

V.S.

Jefferson Davis Parish

12-19-22   case Number: CV-6148-22

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 27 2022

TONY R. MOORE, CLERK
BY: _____ DEPUTY

Clerk of Court

I need Court Help to my Medical Needs in this Jail House. I need medical needs Bad. I have no computer in Jail 24 hour Lock Down. BACK SIDE

Dear Judge Kathleen Kay

I'm forwarding this letter to you Judge, Kathleen because I need the Federal court Help to my issue at hand, I get a lil money from friends in the streets I can pay the court 20% percent out of every money order I get from my friends. If you can forward me A Forma Pauperis to fill out for the courts to take 20% percent out my money until I pay the filing fee. I'm Cool with the court system way. I get money once a month, But I Don't have a charge, 31st J.D.C. want set me a Bond. For No Reason. I Been in Jail Since 9-16-22. I'm waiting on

A Preliminary Examination to Get Free. I Been file a Preliminary Examination Since 10-10-22. 31st J.D.C. Refuse to give me a Hearing in Jefferson Davis. They Don't want to set me a Bond, over here the Judge Steve Gunnell was my Lawyer back in 1996, He Excused Hisself from my Case as Conflict of Interest in my Case. Soon as I get a bond I will Be Bonded out of Jail. I Hope a Bondman Travis Bail Bondman will help me out. I Have no money right now. He Help me out in Jail. OK. If you can forward me the right papers to file a 1983 form and forma pauperis I Be thank of you. I need to get to a Hospital for my Ear. I Can't Hear out my left Ear. Because a Fan Blower of Parish Jail House Broke in my Ear Made a Boom in my Ear, That pop my Ear. stop my Ear up. 11-7-22 I have not went to the Hospital for my medical Reason. I get Bad Headache. No medical Attention I have not receive any medical Attention 12-19-22. Please Help me out of the Court Can. Thanks Your Submitter By Emile Hawkins