Emile Hawkins Fox #4
P.O. Box 863
Jennings, LA 70546

Legal Mail

United States District Court
Western District of Louisiana
Judge Kathleen Kay
800 Lafayette St. Suite 2100
Lafayette, LA

BATON ROUGE LA 707
DEC 2022 PM 3

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 27 2022

TONY R. MOORE, CLERK
BY: _____
DEPUTY

X-RAYED
CLEARED FOR DELIVERY

JEFFERSON DAVIS
PARISH JAIL
INMATE MAIL
CONTENTS UNCENSORED