## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

EMILE HAWKINS #290101                     CASE NO.  2:22-CV-06148 SEC P

VERSUS                                    JUDGE JAMES D. CAIN, JR.

PARISH OF JEFFERSON DAVIS                 MAGISTRATE JUDGE KAY

### MEMORANDUM ORDER

On December 02, 2022, a complaint was filed by the plaintiff.  On December 15, 2022, a memorandum order was issued by this court ordering the plaintiff within 30 days of the date of the order to pay the filing fee or submit an IFP application and to resubmit the complaint on an approved form.  Mover has failed to take the required action in accordance with the memorandum order.  Accordingly,

**IT IS ORDERED** that the complaint submitted by the plaintiff on December 02, 2022, be, and hereby is, stricken from the record.

THUS DONE AND SIGNED in Chambers this _____ day of _____, 2023.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE