3-25-2

Dear Judge Kay Jefferson Davis    CV-06148 Sec
P

I'm forwarding You this letter Concerning "Memorandum Order." I was order to pay a filing fee / submit an IFP application. OK. Ms. Kay I Did every thing I was told to Do. At this Jefferson Davis Parish Jail House. they Don't offer you your rights in Jail you is Entitled To. I Send paper to the Warden office asks for Approval of my Account, I for Notary of papers, I ask for copies of my legal papers, I ask for money to be taken out of my Account, they tell me they Do it when they feel like Doing Things. I have no right in Jail. They take my commissory from me where I can't By stamps. they take my PEN Number from. so I can't Do my Law work on Kiosk machine in Jail. they Inform me I have no rights in Jail. they hold 72 Hours Hearing without disciplinary Board. they punish you without Board Hearing or give a chance to fight for you rights. If you have legal work they give you No Notary for your Court paper. they have camera Video that can prove every thing. they open your legal mail without you Being there. Tell you have no rights in Jail. You see no Doctor for your Pain. to BoB at this Jail House I ask for money to be send to the W.D.C. NOT my Fault, Ms. KAY.

RECEIVED    MAR 29 2023    TONY R. MOORE, CLERK    WESTERN DISTRICT OF LOUISIANA

22-cv-6148
Sec P

I Do what I'm Told To Do Every Time your W.P.C. forward me paper. I Try to send it Back to the court. I Inform them To send money To The court on a Request form. I Lock Down in a cell 24 hours a Day with No sun light To my Body. I Been Denied To go To Eye Doctor, I Bad eyes it Hard for me To read words, I Told them 5 months ago, I need Eye glass, They refuses To send me To Eye Doctor.

So Ms. fray it is Not on me I I Do Request form Tell The Jay House staff Members I, Their Done They refuse me of all Kind legal help. Denied me of Access To Court, I get No Notary or Copies of paper. I need To send To the U.D.C money for copies of paper They Tell me no They No sending money To the Court Not let it up a order for them to

Thank for your Time and Attention to this matter. Judge fray I await for your most speedy reply to this matter at hand. Submitted By

Emile Newton

Hawkins was Place on Isolation being Punish By disciplinary Action. Without a fair hearing of 72 Hours Hearing Louisiana State Law. Hawkins was punish By Staff member with out a Disciplinary Board of 72 Hours Hearing. Due process 72 Hours Hearing Federal and State Law was Violated By Jefferson Davis Parish Jail House Staff member. Hawkins was not given a chance To face His Accuser of Disciplinary Action of Him Being place on Isolation 9-21-22 to 10-5-22. upon that Hawkins was punish 72 Hours after 10-5-22, Hawkins punishment Did not end until 10-8-22. Staff member Violated Hawkins 72 Hour punishment with out a Board, and Punish Hawkins again with out Board of Disciplinary Board. Hawkins spent Extra time on Isolation for no Reason By staff member Telling Hawkins He Have No rights in Jail House. OK Next Staff member on 9-21-22 Took Hawkins to Isolation Lock Down. Hawkins Did Not received his property, he had in his Dorm Delta cell # 2. Camera can be Review for Evidence. Hawkins ask staff member for His