

Ernie Hawkins #2861104
P.O. Box 803
Jennings LA 70546

Legal Mail

RECEIVED

MAR 29 2023

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

BATON ROUGE LA 707
27 MAR 2023 PM2 L

Western District
U.S. District Court
Judge Kathleen Kay
Clerk of Court   Suite 1167
300 Fannin Street
Shreveport, LA 71101-3083

X-RAYED

71101-308399

JEFFERSON DAVIS PARISH JAIL INMATE MAIL CONTENTS UNCENSORED